# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CASE NO. 5:24-CV-209-KDB-DCK

| | |
|---|---|
| ANWAR A. AALAAM, ) | |
| ) | |
| **Plaintiff,** ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| TRANSUNION, LLC, EQUIFAX ) | |
| INFORMATION SERVICES, LLC, and ) | |
| EXPERIAN INFORMATION ) | |
| SOLUTIONS, INC, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on "Defendant Equifax Information Services LLC's Unopposed Motion For Extension Of Time To Respond To Plaintiff's Complaint" (Document No. 8) filed October 15, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Defendant Equifax Information Services LLC's Unopposed Motion For Extension Of Time To Respond To Plaintiff's Complaint" (Document No. 8) is **GRANTED**. Defendant shall file an Answer, or otherwise respond to Plaintiff's Complaint, on or before **November 5, 2024**.

**IT IS FURTHER ORDERED** that the parties shall file a "Certificate Of Settlement Conference" on or before **November 5, 2024**. See 5:19-MC-005-KDB (Document No. 2) (W.D.N.C. July 16, 2019).

**SO ORDERED**.

Signed: October 15, 2024

David C. Keesler
United States Magistrate Judge