**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**

| | |
|---|---|
| ANWAR A. AALAAM - *VESSEL*,<br>*c/o Anwar A. Aalaam - Living Man*,<br><br>        Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC; EQUIFAX<br>INFORMATION SERVICES, LLC;<br>and EXPERIAN INFORMATION<br>SOLUTIONS, INC.,<br><br>        Defendants. | Case No. 5:24-cv-00209-KDB-DCK |

**DEFENDANTS TRANS UNION LLC AND EQUIFAX INFORMATION**
**SERVICES, LLC'S JOINT MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendant consumer reporting agencies, Trans Union LLC ("Trans Union") and Equifax Information Services, LLC ("Equifax"), by counsel, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby submits their Joint Motion to Dismiss Plaintiff's Complaint (the "Motion"). In support thereof, Trans Union and Equifax incorporate by reference the Memorandum in Support of the Joint Motion to Dismiss filed contemporaneously herewith its Motion.

DATE: November 1, 2024.

Respectfully submitted,

*/s/ Marc F. Kirkland*

Marc F. Kirkland
N.C. State Bar No. 60678
mkirkland@qslwm.com
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
6900 Dallas Parkway, Suite 800
Plano, Texas 75024
Tel: (214) 560-5454
Fax: (214) 871-2111
***Counsel for Trans Union LLC***

/s/ Ethan Cortez Goemann

Ethan Cortez Goemann
N.C. State Bar No. 50731
egoemann@seyfarth.com
SEYFARTH SHAW LLP
300 S. Tryon Street, Suite 400
Charlotte, NC 28202
Tel:  (704) 925-6026
Fax: (704) 946-6083
**Counsel for Equifax Information Services, LLC**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 1st day of November, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Ethan Goemann
egoemann@seyfarth.com
Seyfarth Shaw LLP
300 S. Tryon Street, Suite 400
Charlotte, NC 28202
(704) 925-6026
***Counsel for Equifax***
***Information Services, LLC***

I further certify that a true and correct copy of the foregoing was sent by Electronic Mail and First-Class Mail to the following:

Anwar A. Aalaam
Anwar.aalaam@gmail.com
100 Brookmeade Drive
Statesville, NC 28625
(916) 365-5291
***Pro Se Plaintiff***

*/s/ Marc F. Kirkland*
**MARC F. KIRKLAND**