UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Case No. 5:24-cv-00209-KDB-DCK

ANWAR A. AALAAM - *VESSEL,*
*c/o Anwar A. Aalaam - Living Man*,

      Plaintiff,

v.

TRANSUNION, LLC; EQUIFAX
INFORMATION SERVICES, LLC;
EXPERIAN INFORMATION SOLUTIONS, INC.;
      Defendants.

## MOTION TO DISMISS OF
## EXPERIAN INFORMATION SOLUTIONS, INC.

**NOW COMES** the defendant Experian Information Solutions, Inc. ("Experian"), and pursuant to Rules 12(b)(2), 12(b)(5), and 12(b)(6) of the Federal Rules of Civil Procedure, moves the Court to dismiss the above captioned action as it pertains to Experian. In support of its motion, Experian states that this Court lacks personal jurisdiction over Experian, there has been an insufficiency of service of process, and, in the alternative, that the Complaint fails to state a claim upon which relief can be granted as to Experian. The bases of Experian's motion are set forth more particularly in the Memorandum filed contemporaneously herewith.

1

**WHEREFORE,** Defendant Experian Information Solutions, Inc. respectfully requests the Court dismiss this action with prejudice as it pertains to Defendant Experian Information Solutions, Inc.

This the 5th day of December, 2024.

/s/ Caren D. Enloe
Caren D. Enloe
SMITH DEBNAM NARRON DRAKE
SAINTSING & MYERS LLP
NC State Bar No. 17394
P.O. Box 176010
Raleigh, NC 27619-6010
Telephone: 919-250-2000
Facsimile: 919-250-2124
cenloe@smithdebnamlaw.com

*Attorney for Defendant Experian Information Solutions, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2024, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel and parties of record. I also sent a copy of the foregoing to Plaintiff at the following address via first class mail, postage prepaid:

Anwar A. Aalaam
100 Brookmeade Drive
Statesville, NC 28625
*Pro Se Plaintiff*

/s/ Caren D. Enloe
Caren D. Enloe
SMITH DEBNAM NARRON DRAKE
SAINTSING & MYERS LLP
NC State Bar No. 17394
P.O. Box 176010
Raleigh, NC 27619-6010
Telephone: 919-250-2000
Facsimile: 919-250-2124
cenloe@smithdebnamlaw.com

*Counsel for Defendant
Experian Information
Solutions, Inc.*